**UNITED STATES BANKRUPTCY COURT**
**Northern District of Florida**
**Pensacola Division**

| | |
|---|---|
| IN RE: LARRY BRUCE THACKER,<br><br>      Debtor. | Bankruptcy Case No.   12-50370-KKS<br><br>Chapter:  7<br>Judge:  Karen K. Specie |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Kenneth W. Revell of the law firm of ZALKIN REVELL, PLLC, hereby enters his appearance in this matter as counsel for Larry Thacker and the Thacker Family Revocable Living Trust.

Respectfully submitted this
3rd day of November, 2016

ZALKIN REVELL, PLLC

/s/ Kenneth W. Revell
KENNETH W. REVELL
ZALKIN REVELL, PLLC
2410 Westgate Dr., Suite 100
Albany, GA 31707
(229) 435-1611 (Tel)
krevell@zalkinrevell.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing:

## NOTICE OF APPEARANCE OF COUNSEL

was served on the following parties by either electronic mail through the Courts CM/ECF system or by standard first class mail on the 3rd day of November, 2016:

Parties who are currently on the list to receive email notice/service for this case:

- Douglas Smith   dsmith@burkeblue.com
- Robert Powell   rpowell@cphlaw.com
- Robert Kelly   rkelly@rushmarshall.com
- Roland W. Kiehn, Esq.   Rkiehn@barronredding.com, Lrussell@barronredding.com
- Theodore Howell   thowell@barronredding.com
- Steven Sellers   steve@dshattorneys.com
- Howard Peter Slomka, Esq.   howie@slomkalawfirm.com, fernando@slomkalawfirm.com
- Louis Levenson, Esq.   louis@levensonlaw.com, cory@levensonlaw.com, cherry@levensonlaw.com, nick@levensonlaw.com, allison@levensonlaw.com
- Office of the United States Trustee   USTPRegion21.TL.ECF@usdoj.gov
- John E. Venn, Esq., Chapter 7 Trustee   jweber1861@aol.com, breeze1014@gmail.com, acv7398@aol.com

/s/ Kenneth W. Revell
KENNETH W. REVELL
ZALKIN REVELL, PLLC
2410 Westgate Dr., Suite 100
Albany, GA 31707
(229) 435-1611 (Tel)
krevell@zalkinrevell.com