UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:

LARRY BRUCE THACKER,           CASE NO.:  12-50370-KKS
                                                      CHAPTER:  7

  Debtor.
_____/

## ORDER AMENDING *ORDER SUSTAINING IN PART, AND OVERRULING IN PART, DEBTOR'S OBJECTION TO SE PROPERTY HOLDINGS, LLC'S AMENDED PROOF OF CLAIM 8* (DOC. 735)

THIS MATTER is before the Court on the *Order Granting, in Part, Debtor's Limited Motion for Amended Findings Regarding Order Entered at Doc. 735 Pursuant to Fed. R. Civ. P. 52(b) and Bankruptcy Rule 7052* (the "Order," Doc. 760). For the reasons stated in the Order, it is

ORDERED: The paragraph beginning on page 11 and continuing on page 12 of the *Order Sustaining in Part, and Overruling in Part, Debtor's Objection to SE Property Holdings, LLC's Amended Proof of Claim 8,* entered on September 29, 2017, (Doc. 735) is AMENDED as follows:

Debtor alleges "upon information and belief" that SEPH's parent company has received a settlement on account of a claim

that it filed as a result of the BP oil spill ("Park BP claim"). Debtor contends that SEPH must deduct proceeds that its parent may have received from the Park BP Claim from its claim, to the extent that such proceeds relate to loans that involved the Debtor and his affiliates. This portion of Debtor's Objection is overruled, without prejudice.  First, it is clear from the Objection that such receipts, if any, were paid post-petition.  Secondly, the Debtor submitted no evidence in support of this portion of his Objection.[1]  The Debtor may raise this issue in a court of competent jurisdiction in support of a request that SEPH's deficiency claim be further reduced or offset; SEPH's and its parent's defenses and arguments regarding this issue are fully preserved.

DONE and ORDERED on _____December 19, 2017_____.

KAREN K. SPECIE
Chief U.S. Bankruptcy Judge

cc:  all parties in interest

Debtor's Attorney is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.

---

[1] SEPH disputes having received any proceeds from BP.