FORM nhgnrlp (Rev. 06/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Panama City Division

In Re: Larry Bruce Thacker
    SSN/ITIN: xxx–xx–8503
    Debtor

Bankruptcy Case No.: 12–50370–KKS

Chapter: 7
Judge: Karen K. Specie

**Notice of Non Evidentiary Hearing**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held at U.S. Courthouse, 30 W. Government Street, Panama City, FL, on April 12, 2018, at 10:00 AM, Central Time.

    *765* – Joint Motion to Approve Compromise or Settlement filed by Natasha Z. Revell on behalf of Carlotta Appleman Thacker, Larry Bruce Thacker, Thacker Family Revocable Living Trust, John E. Venn Jr.. (Revell, Natasha)

Dated: February 23, 2018

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Natasha Revell shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.