IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE #: 12-50370-KKS |
| | : | CHAPTER 7 |
| LARRY B. THACKER | : | |
| | : | |
| Debtor | : | |
| | : | |

**MOTION TO WITHDRAW AS COUNSEL**
**FOR DEBTOR AND DEFENDANT**

COMES NOW, SLOMKA & SLIPAKOFF as successor by merger of THE SLOMKA LAW FIRM, P.C., and HOWARD P. SLOMKA, as counsel for the Debtor, LARRY B. THACKER, ("Debtor"), and LARRY B. THACKER AND CARLA A. THACKER, AS TRUSTEES OF THE THACKER FAMILY REVOCABLE LIVING TRUST ("Defendants") moves this Honorable Court for ex parte authorization to withdraw as attorney of record for the Debtor and Defendant, and in support thereof would show:

1. Undersigned counsel first appeared in this case on May 5, 2014.

2. Irreconcilable differences arose between the Debtor, Defendant and the undersigned, as a result of which, it is inappropriate for the undersigned to continue to represent the Debtor and Defendant, unless and until said differences are resolved. See *Horan v. O'Connor*, 832 So. 2d 193 (Fla. 4th DCA 2002). (concluding that "irreconcilable differences" are sufficient to satisfy rule 4-1.16(b)).

3. Debtor and Defendant retained different counsel in this matter.

4. Attorney Kenneth W. Revell of Zalkin Revell, PLLC appeared on behalf of Debtor and Defendant on November 3, 2016, undertaking the representation of Debtor and Defendant (Doc. 581).

5. Undersigned counsel has not been involved in the case since new counsel became involved in 2016 and does not foresee the need for future involvement.

6. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

7. All future communications should be sent directly to Debtor and Defendant's counsel Kenneth W. Revell, and undersigned should be removed from the service list.

WHEREFORE, Counsel respectfully moves this Honorable Court to enter an Ex Parte Order granting the Motion to Withdraw as Counsel for the Debtor, and to grant any other relief it may deem just and proper.

DATED, this 19th day of April 2018.

**SLIPAKOFF & SLOMKA P.C**

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(404) 800-4001
hs@myatllaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE #: 12-50370-KKS |
| | : | CHAPTER 7 |
| LARRY B. THACKER | : | |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by electronic mail to their addresses on record with the clerk. This is also to certify that the foregoing document was this day filed with the Court.

| | |
|---|---|
| Carlotta Appleman Thacker<br>Harrison, Sale, McCloy, Duncan & Jackson<br>P. O. Drawer 1579<br>Panama City, FL 32402<br>850 / 769-3434<br>850 / 769-6121 (fax)<br>cathacker@harrisonsale.com | Kenneth W. Revell<br>Zalkin Revell, PLLC<br>2410 Westgate Drive<br>Suite 100<br>Albany, GA 31707<br>Tel. 229-435-1611<br>krevell@zalkinrevell.com |
| Larry Bruce Thacker<br>4926 Spyglass Drive<br>Panama City Beach, FL 32408<br>Lter23@yahoo.com | John E. Venn, Jr.<br>220 W. Garden Street. Suite 603<br>Pensacola, FL 32502<br>850-438-0005<br>johnvenntrustee@aol.com |

DATED, this 19th day of April 2018.

**SLIPAKOFF & SLOMKA P.C**

/s/ Howard P. Slomka
Howard P. Slomka, Esq.
Georgia Bar No. 652875
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
(404) 800-4001
hs@myatllaw.com